NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

DALE K. GALIPO, ESQ., SBN. 144074
LAW OFFICES OF DALE K. GALIPO
21800 BURBANK BLVD., SUITE 310
WOODLAND HILLS, CALIFORNIA 91367
dalekgalipo@yahoo.com
818-347-3333
ATTORNEYS FOR: Plaintiffs

FILED
2009 FEB 25 PM 1:48
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

EDWARD KING, AJA JAEGER

Plaintiff(s),

v.

CITY OF SAN BERNARDINO, OFFICER ADAM AFFRUNTI, OFFICER ELIZABETH CONTRERAS, and DOES 1 - 10

Defendant(s)

CASE NUMBER

CV 09 - 01339 SJO (PJWx)

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
**(Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

FILED BY FAX
CRC 2005

The undersigned, counsel of record for Plaintiffs
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| EDWARD KING | Plaintiff |
| AJA JAEGER | Plaintiff |
| CITY OF SAN BERNARDINO | Defendant |
| OFFICER ADAM AFFRUNTI | Defendant |
| OFFICER ELIZABETH CONTRERAS | Defendant |
| DOES 1 - 10 | Defendants |

February 20, 2009
Date

Sign
DALE K. GALIPO, ESQ., SBN. 144074

Attorney of record for or party appearing in pro per