JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EDWARD KING,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY OF SAN BERNARDINO,<br>OFFICER ADAM AFFRUNTI,<br><br>        Defendants. | Case No. CV 09-01339-DMG (PJWx)<br><br>**STIPULATED JUDGMENT ON JURY VERDICT [114]** |

This action came on regularly for trial on February 1, 2011 in Courtroom 7 of the United States District Court, Central District of California, Western Division, Honorable Dolly M. Gee, presiding.  The Plaintiff in this Case No. CV 09-01339-DMG (PJWx), Edward King, was represented by Dale K. Galipo and John C. Fattahi of the Law Offices of Dale K. Galipo.  Defendants Officer Adam Affrunti and City of San Bernardino were represented by Joseph Arias and James I. H. Brooks of Arias & Lockwood.

A jury of eight persons was regularly impanelled and sworn.  One juror was subsequently excused leaving a total of seven jurors.  Witnesses were sworn and testified.  After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the Cause was submitted to the jury.  The jury deliberated and thereafter returned into Court with its verdict as follows:

QUESTION NO. 1: On Plaintiff Edward King's claim against Defendant Officer Adam Affrunti for violation of plaintiffs rights under the Fourth Amendment to be free from excessive force, we find in favor of: (check one)

    **X**   Plaintiff Edward King

    ___   Defendant Officer Adam Affrunti

QUESTION NO. 2: State the amount of compensatory damages you award to Plaintiff Edward King:

**$25,000.00**

QUESTION NO. 3: In finding in favor of Plaintiff Edward King in response to Question # 1, do you find that punitive damages are appropriate? (Check one)

    **X**   Yes    ___   No

The parties subsequently reached a stipulation to a compensatory damages amount of $35,000.00, with no interest to accrue, and agreed that neither side will file post-trial motions or an appeal from this judgment.

NOW THEREFORE IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff Edward King shall recover the sum of **$35,000.00 in compensatory damages** from Defendant Officer Adam Affrunti, together with Plaintiff's costs and attorneys' fees. The parties have reached a separate agreement regarding a stipulated amount of Plaintiff's costs and attorneys' fees.

DATED: February 22, 2011

_____
Honorable Dolly M. Gee
United States District Judge